**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jarvis Porter,<br><br>                                              *Plaintiff,*<br><br>        v.<br><br>T.J. McDonnell, New York State Police K9 John Doe, Deputy Gary Carpino,<br><br>                                          *Defendants.* | **Notice of Suggestion**<br>**of Death**<br><br>Case No.: 16-cv-6747 FPG |

Defendant Deputy Gary Carpino by his attorneys Michael E. Davis, Monroe County Attorney, Michele Romance Crain, Esq., Senior Deputy County Attorney, represent to the Court that Plaintiff Jarvis Porter died on or about December 25, 2017 in Rochester, New York.


Dated:  January 31, 2018

**MICHAEL E.DAVIS, ESQ.**
**MONROE COUNTY ATTORNEY**
*Attorney for defendants*

*s/Michele Romance Crain*
**Michele Romance Crain, Esq. of Counsel**
Senior Deputy County Attorney
307 County Office Building
9 West Main Street, Rochester, NY 14614
Telephone:  585.753.1433
Fax:  585.324.1364
E-Mail:  mcrain@monroecounty.gov


To:      Gary Levine, attorney for McDonnell